# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

WILBERT LESLIE,

    Petitioner,

vs.

E. K. MCDANIEL, et al.,

    Respondents.

Case No. 3:08-CV-00453-ECR-(VPC)

**ORDER**

    The Court denied Petitioner's Application to Proceed in Forma Pauperis (#2) and told Petitioner to pay the filing fee. Order (#3). Petitioner has not paid the fee within the allotted time, despite a letter (#4) from Petitioner indicating otherwise.

    IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for Petitioner's failure to pay the filing fee. The Clerk of the Court shall enter judgment accordingly.

DATED: October 7, 2008

_____
EDWARD C. REED
United States District Judge