# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

WILBERT LESLIE,

    Petitioner,

vs.

E. K. MCDANIEL, et al.,

    Respondents.

Case No. 3:08-CV-00453-ECR-(VPC)

**ORDER**

    Petitioner has submitted two Motions for Stay and Abeyance (#18, #21), pending the outcome of his state court proceedings. Respondents do not oppose Petitioner's request (#20). Good cause appearing;

    IT IS THEREFORE ORDERED that Petitioner's Motions for Stay and Abeyance (#18, #21) are **GRANTED**.

    IT IS FURTHER ORDERED that this action is **STAYED** pending exhaustion of the unexhausted claims. Petitioner shall return to this Court with a motion to reopen within sixty (60) days of issuance of the remittitur by the Nevada Supreme Court at the conclusion of the state court proceedings. Further, Petitioner or Respondents otherwise may move to reopen the matter and seek any relief appropriate under the circumstances.

///

///

///

///

1    IT FURTHER IS ORDERED that the Clerk of Court shall administratively close this
2 action until such time as the Court grants a motion to reopen the matter.
3    DATED: March 3, 2009

_____
EDWARD C. REED
United States District Judge